IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY D GREEN,

    Plaintiff,
v.                                        CASE NO. 1:18-cv-101-MW-GRJ

SGT. BRANNON,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

Plaintiff, an inmate presently confined at Lancaster Correctional Institution, initiated this case by filing a handwritten "motion for temporary restraining order." ECF No. 1.

Plaintiff failed to file a complaint utilizing this Court's form for prisoner civil rights complaints. Further, Plaintiff failed either to pay the civil case filing fee or file a motion for leave to proceed as a pauper with supporting documentation. Consequently, the Court ordered Plaintiff to file a complaint on the Court's form and either pay the filing fee or file a motion to proceed in forma pauperis with the required documentation. The Court directed Plaintiff to correct these deficiencies on or before July 6, 2018. ECF No. 3. As of this date, Plaintiff has failed to comply.

In the absence of a complaint and the failure to pay the fee or

request permission to proceed as a pauper, the case cannot move forward. Plaintiff was warned that failure to comply would result in the dismissal of the case without further notice.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 13th day of July 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**