IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY D. GREEN,

      Plaintiff,

v.                              Case No. 1:18cv101-MW/GRJ

SGT. BRANNON,

      Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to comply with an order of the Court and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on August 9, 2018.**

                                            s/ MARK E. WALKER
                                            **Chief United States District Judge**